October 3, 2022

Samantha Howland
Chief People Officer
Gannett Co., Inc.
peoplesupport@gannett.com

## MY DECLINATION OF YOUR SEVERANCE OFFER

Dear Ms. Howland,

As you may know, I was in the group of people recently subject to Gannett's RIF.  On August 12, 2022, I received a set of documents related to a severance offer in the amount of 45K.  After careful consideration, I have decided that I will NOT sign the severance agreement.  For the following reasons, *I believe that I was selected for the RIF because I required a reasonable accommodation under the Americans with Disabilities Act ("ADA") for my vision disability.*

1. I had more years of service to this company than most other RIF recipients, and 25 years of newspaper experience;
2. There were several open remote work positions at the time of my termination, none of which were offered to me in lieu of termination;
3. I am confident that I am the only person on my team with a disability;
4. Ms. Pina-Greedy told me that I was NOT terminated for performance reasons;

*And, my vision disability was well-known to Gannett.*

In Fall 2017, I told my supervisor that I could not relocate to Atlanta because of my vision disability.  I needed to be close to family members who assist me regularly, and I am unable to drive.

In August 2018, I met with Jade Foreman, regional VP for Human Resources to discuss an upcoming eye surgery.  I told her I needed the surgery to attempt repair or slow the condition that was causing me to lose my sight.  She mentioned that she was already aware of my disability.  Because I had never spoken with her before, I took this as confirmation that the company was aware of my disability.

In January 2019,  I needed extended time off for my eye surgery, and Ms. Foreman's assistant, Velda, helped me with FMLA paperwork and a short term disability claim.  Then, in November 2019, I was demoted from a director position to an individual contributor position.

I understand that the newspaper business is in flux, but I never thought I would be treated this way.  What upsets me most is that Gannett appears to be hiring for a substantially similar position as mine.  A recent post from Tovah Olson, Senior Director of Content Strategy said   "*I'm hiring!  Come work with an awesome group of journalists working to expand our audience and improve the experience for our subscribers.*"

**Exhibit D to Complaint**

For these reasons, I cannot accept the 45K severance offer. Because of my disability, it will take me longer than others to find a remote position at a similar salary. If Gannett offers me a full year of severance, then I will re-consider. As an alternative, I would possibly consider coming back to Gannett if I received back wages and placed in a remote position at the same salary I was earning.

Thank you,

*[signature: Jeffrey Sterling]*

Jeff Sterling

jsterling@outlook.com / (561) 628-7498

**Exhibit D to Complaint**